UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan Corporation<br><br>Plaintiff,<br><br>v.<br><br>JKT ASSOCIATES, INC., a California domestic stock corporation; ELIZABETH CHRISTENSEN, an individual; RICHARD MEESE, an individual; LORA EICHNER BLANUSA, M.D., an individual; KRISTI SYNEK, an individual; HIDDEN HILLS OWNERS' ASSOCIATION, a California business entity, form unknown; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:19-cv-07588-SK<br><br>**ORDER ON STIPULATION FOR THE ENTRY OF DEFAULT AGAINST DEFENDANT HIDDEN HILLS OWNERS' ASSOCIATION TO BE SET ASIDE AND FOR HIDDEN HILLS OWNERS' ASSOCIATION TO BE BOUND BY THE JUDGMENT** |

THE COURT, having reviewed the Stipulation filed by plaintiff ATAIN SPECIALTY INSURANCE COMPANY ("Atain") and defendant HIDDEN HILLS OWNERS' ASSOCIATION ("Hidden Hills"), and finding good cause for the relief sought in that Stipulation, hereby orders as follows:

## **ORDER**

1. The default entered against Hidden Hills is set aside.

///

2. Hidden Hills has not yet consented to have this matter heard by a magistrate judge. Unless and until Hidden Hills consent, the undersigned cannot issue dispositive rulings. Therefore, the Court cannot approve of the stipulation that Hidden Hill be bound by the judgment obtained by Atain in this lawsuit against defendant JKT Associates, Inc. ("JKT"). The Court, thus, RESERVES RULING on this portion of the stipulation to provide Hidden Hills with an opportunity to file a notice of consent. If Hidden Hills declines magistrate jurisdiction, the Court will have this matter reassigned to a district judge.

3. The same is true for the pending stipulation for Elizabeth Christensen and Richard Meese to be bound by the judgment obtained by Atain in this lawsuit against JKT. Therefore, the Court FURTHER RESERVES RULING on the stipulation for Christensen and Meese to be bound by the judgment in order to provide Christensen and Meese with an opportunity to file a notice of consent. If Christensen and Meese decline magistrate jurisdiction, the Court will have this matter reassigned to a district judge.

**IT IS SO ORDERED.**

Dated: January 6, 2020    By: _____
Honorable Sallie Kim
United States Magistrate Judge