UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan Corporation<br><br>Plaintiff,<br><br>v.<br><br>JKT ASSOCIATES, INC., a California domestic stock corporation; ELIZABETH CHRISTENSEN, an individual; RICHARD MEESE, an individual; LORA EICHNER BLANUSA, M.D., an individual; KRISTI SYNEK, an individual; HIDDEN HILLS OWNERS' ASSOCIATION, a California business entity, form unknown; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:19-cv-7588-SK<br><br>**ORDER ON STIPULATION FOR LORA EICHNER BLANUSA, M.D. TO BE BOUND BY THE JUDGMENT** |

THE COURT, having reviewed the Stipulation filed by plaintiff ATAIN SPECIALTY INSURANCE COMPANY ("Atain") and defendant LORA EICHNER BLANUSA, M.D. ("Blanusa"), and finding good cause for the relief sought in that Stipulation, hereby orders as follows:

**<u>ORDER</u>**

1. Blanusa shall be bound by the judgment obtained by Atain in this lawsuit against defendant JKT Associates, Inc. ("JKT") regarding Atain's duty to defend and indemnify JKT for

the claims asserted in Underlying ADR Proceeding against JKT and/or for any claims made against Policy Nos. CIP341994 and CIP371947; and

    2.    Blanusa shall be relieved of any and all obligations to participate in litigation of this suit including but not limited to trial, Rule 26 Meeting of Counsel, and all law and motion, discovery or alternative dispute resolution.

**IT IS SO ORDERED.**

Dated: February 28, 2020    By: *Sallie Kim*

    Honorable Sallie Kim
    United States Magistrate Judge