1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATAIN SPECIALTY INSURANCE COMPANY,

                Plaintiff,

        v.

JKT ASSOCIATES, INC., et al.,

                Defendants.

Case No. 19-cv-07588-SK

**ORDER REGARDING OUTSTANDING FEES**

Regarding Docket No. 57

On June 15, 2020, the Court granted Plaintiff Atain Specialty Insurance Company's motion for summary judgment but did not yet rule on the amount of fees and costs to which Atain is entitled.  The Court has not yet entered judgment.  The Court provided the parties time to file a stipulation or a joint status update regarding any outstanding disputes regarding Atain's fees and costs and regarding a proposed briefing schedule.  Because the parties have not reached an agreement on the amount of Atain's fees and costs or a briefing schedule, the Court HEREBY SETS the following briefing schedule:

    1)    By no later than July 22, JKT Associates, Incorporated shall file a brief explaining
          the grounds upon which it disputes the amount of fees and costs incurred by Atain;

    2)    By no later than July 31, Atain shall file a responsive brief.

    After the Court resolves the issue of the outstanding fees and costs and enters judgment, JKT may file an appeal.  Alternatively, JKT could seek permission to file an interlocutory appeal.

///

///

///

1    However, if JKT files an appeal, a stay is not automatic.  If JKT seeks a stay of the Court's orders

2    pending appeal, JKT must file a motion to request such relief.

3         **IT IS SO ORDERED**.

4    Dated: July 14, 2020

5    

6    SALLIE KIM
     United States Magistrate Judge

United States District Court
Northern District of California

2