UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>JKT ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-07588-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Plaintiff's motion for summary judgment and the Order regarding reimbursing Plaintiff's costs, judgment is hereby entered in favor of Plaintiff and against Defendants.

**IT IS SO ORDERED**.

Dated: August 5, 2020

_____
SALLIE KIM
United States Magistrate Judge